IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JAMES CHANDLER, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:13-CV-223 |
| KROGER TEXAS L.P., | § | |
| Defendants. | § | |
| | § | |
| | § | |

---

### ORDER GRANTING JOINT MOTION TO DISMISS

---

After considering the Joint Motion to Dismiss, the Court is of the opinion that the

Motion should be and is hereby GRANTED. Therefore, it is ORDERED, ADJUDGED, and DECREED

that Plaintiff's claims against Defendants in this lawsuit are dismissed with prejudice. Each party

shall pay their own costs incurred in litigating this matter.

**SIGNED this 12th day of November, 2013.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE